UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL E. ANDERSON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 3:15-cv-30091-MAP ) |
| TOYOTA MOTOR SALES, U.S.A., Inc. and TOYOTA MOTOR CORP., | ) ) ) |
| Defendants. | ) |

SCHEDULING ORDER
July 7, 2015

The following schedule was established at the scheduling conference held this day:

| Date | Event |
|---|---|
| August 15, 2015 | Completion of automatic discovery |
| September 30, 2015 | Filing of motions for leave to amend the pleadings; change venue or add parties |
| January 13, 2016 | Plaintiff's disclosure of expert(s) |
| March 15, 2016 | Deposition(s) of Plaintiff's expert(s) completed |
| April 15, 2016 | Defendants' disclosure of expert(s) |
| June 30, 2016 | Deposition(s) of Defendants' expert(s) completed |
| June 30, 2016 | Completion of all discovery |
| July 11, 2016, at 2:00 p.m. | Case management conference |

It is So Ordered.

/s/ Katherine A. Robertson
KATHERINE A. ROBERTSON
United States Magistrate Judge