UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL E. ANDERSON, | ) |
| | ) |
| Plaintiff, | )   Case No. 3:15-cv-30091-MAP |
| | ) |
| v. | ) |
| | ) |
| TOYOTA MOTOR SALES, U.S.A, INC, *et al*., | ) |
| | ) |
| Defendants. | ) |

SCHEDULING ORDER
May 16, 2016

| Date | Event |
|---|---|
| July 15, 2016 | Deposition(s) of Plaintiff's expert(s) completed |
| August 30, 2016 | Defendants' disclosure of expert(s) |
| October 31, 2016 | Deposition(s) of Defendants' expert(s) completed |
| October 31, 2016 | Completion of all discovery |
| September 8, 2016 | Case Management Conference at 2:00 p.m. |

It is So Ordered.

/s/ Katherine A. Robertson
KATHERINE A. ROBERTSON
United States Magistrate Judge